UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>CODI OWEN KRINGLIE,<br><br>                              Defendants. | Case No. 3:21-mj-00031-CLB<br><br>**AMENDED ORDER OF TEMPORARY RELEASE TO STATE CUSTODY PENDING RESOLUTION OF STATE CHARGES** |

Before the Court is Defendant's unopposed motion to reopen detention and release defendant to the custody of the State of Nevada and the supplement thereto. (ECF Nos. 14, 15).  The government did not file any response or opposition. Having reviewed the filings and considered the information provided by the parties during the hearing held on March 19, 2021, Defendant's motion is granted.

Pursuant to 18 U.S.C. § 3142(i)(4), after a detention order is entered by a judicial officer that "[t]he judicial officer may, by subsequent order, permit the temporary release of the person, in the custody of a United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason." In this case, the court finds that it is appropriate to enter an order to temporarily release Defendant to the custody of the State of Nevada pending the resolution of his state charges, including any violations of parole or probation.

Although Defendant is temporarily released to the custody of the State of Nevada with this order, that temporary release does not otherwise alter or modify the detention order, ECF No. 11, entered in this case. Thus, upon the conclusion of those state proceedings and Defendant's release from state custody, Defendant shall be remanded

to federal custody and he shall remain in custody pending any further proceedings in this case pursuant to ECF No. 11.[1]

**IT IS ORDERED** that Defendant Codi Owen Kringlie is temporarily released from the Court's prior Detention Order, ECF No. 11, and shall be forthwith remanded to the custody of the State of Nevada in order to resolve his outstanding state charges.

**IT IS FURTHER ORDERED** that upon Defendant Codi Owen Kringlie's release from the custody of the State of Nevada, he shall be immediately remanded to the custody of the United States.

**IT IS FURTHER ORDERED** that upon Defendant Codi Owen Kringlie's remand to the custody of the United States, the Detention Order, ECF No. 11, remans in effect and Defendant Codi Owen Kringlie will remain the custody of the United States pending further proceeding in this case.

**DATED**:  March 19, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this order would prevent or otherwise be construed to alter Defendant's right to subsequently move to re-open this detention order pursuant to 18 U.S.C. § 3142 upon his remand to federal custody, if new facts and circumstances are discovered that would support an alteration of the subsequent detention order.